## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                  )
                Plaintiffs, )
                                  ) No. 2013 C 4956
     v. )
                                    ) Judge Lefkow
                                    )
SSACC, INC., )
an Illinois corporation, ) Magistrate Judge Valdez
                                    )
                Defendant. )

## MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS

OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its

attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move

for judgment in sum certain as stated in this Complaint and the supporting Affidavits

attached hereto. In support of its Motion, Plaintiffs state as follows:

         1.       Suit was filed on July 11, 2013 for collection of delinquent contributions

plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

         2.       Service upon SSACC, INC., an Illinois corporation was made on the

Defendant on July 29, 2013 and a copy of the proof of service was filed with the court on

August 5, 2013.

         3.       More than 21 days have passed without any response to the Complaint by

Defendant, so that Defendant is now in default.

         4.       As supported by the attached Affidavits, the sums due on the Complaint
are:

                         $16,581.05   Defaulted installment note payments
                            $925.00   Attorneys fees
                            $455.00   Court costs
                   $17,961.05

WHEREFORE, Plaintiffs pray for the entry of an order:

A.    Finding SSACC, INC., an Illinois corporation in default; and

B.    Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE

      SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE

      AND PENSION FUNDS in the amount of $17,961.05.

                              TRUSTEES OF THE SUBURBAN TEAMSTERS
                              OF NORTHERN ILLINOIS WELFARE AND
                              PENSION FUNDS

                              s/John J. Toomey
                              ARNOLD AND KADJAN
                              203 N. LaSalle Street
                              Suite 1650
                              Chicago, Illinois 60601
                              Telephone No.: (312) 236-0415
                              Facsimile No.: (312) 341-0438
                              Dated: August 20, 2013