IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> SSACC, INC., an Illinois corporation, <br><br> Defendant. | No. 2013 C 4956 <br><br> Judge Lefkow <br><br> Magistrate Judge Valdez |

## MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on July 11, 2013 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon SSACC, INC., an Illinois corporation was made on the Defendant on July 29, 2013 and a copy of the proof of service was filed with the court on August 5, 2013.

3. More than 21 days have passed without any response to the Complaint by Defendant, so that Defendant is now in default.

4. As supported by the attached Affidavits, the sums due on the Complaint are:

      $16,581.05  Defaulted installment note payments
         $925.00  Attorneys fees
         $455.00  Court costs
      $17,961.05

WHEREFORE, Plaintiffs pray for the entry of an order:

A. Finding SSACC, INC., an Illinois corporation in default; and

B. Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $17,961.05.

>TRUSTEES OF THE SUBURBAN TEAMSTERS
>OF NORTHERN ILLINOIS WELFARE AND
>PENSION FUNDS
>
>s/John J. Toomey
>ARNOLD AND KADJAN
>203 N. LaSalle Street
>Suite 1650
>Chicago, Illinois 60601
>Telephone No.: (312) 236-0415
>Facsimile No.: (312) 341-0438
>Dated: August 20, 2013